FILED'09 JAN 21 13:03USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

PATRICK C. CALLAHAN,

    Plaintiff,

CV 07-1050-AC

vs.

ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$6069.92**, and reimbursement of filing fees in the amount of **$350.00** and service fees in the amount of **$61.00**, are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: January 21st, 2009.

Hon. John V. Acosta
U.S. Magistrate Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff